```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

JAY SOLEM,

                          **Plaintiff,**

    - against -

JOHN DOE, ET AL.,

                          **Defendant.**

24-cv-6961 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff, Jay Solem, alleges that Defendant John Doe—whose identity is currently unknown—stole approximately $2.5 million in Bitcoin ("BTC"), Ethereum ("ETH"), and Avalanche ("AVAX") from the plaintiff's cryptocurrency wallet. Pursuant to Federal Rule of Civil Procedure 65, the plaintiff seeks a temporary restraining order, without notice, to prevent John Doe from dissipating cryptocurrency assets alleged to have been stolen from the plaintiff.

    In this case, the Court's subject-matter jurisdiction rests solely on diversity of citizenship under 28 U.S.C. § 1332(a). See Compl. ¶ 19, ECF No. 1. In light of John Doe's unknown identity and citizenship, the plaintiff has failed to demonstrate that complete diversity of citizenship exists. The case is therefore **dismissed without prejudice** for lack of

federal jurisdiction under § 1332(a). The Clerk is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
        September 16, 2024

_____
**John G. Koeltl**
**United States District Judge**